HARVEY P. SACKETT (72488)

**SACKETT**
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
Email: hps@sackettlaw.com

Attorney for Plaintiff

HPS/as

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MICHAEL S. BERNARD, | ) | Case No.: 3:21-cv-09288-SK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER FOR |
| | ) | THE AWARD AND PAYMENT |
| v. | ) | OF ATTORNEY FEES |
| | ) | PURSUANT TO THE EQUAL |
| | ) | ACCESS TO JUSTICE ACT, 28 |
| KILOLO KIJAKAZI,[1] | ) | U.S.C. § 2412(d) |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On August 31, 2023, this Court issued an order reversing the final decision of the

Defendant, Kilolo Kijakazi, the Acting Commissioner of Social Security (Commissioner), with

a remand for a rehearing, 42 U.S.C. § 405(g) (sentence four); judgment was entered.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021.  Pursuant to
Rule 25(d)(1) of the Federal Rules of Civil Procedure Kilolo Kijakazi should be substituted, therefore,
for Commissioner Andrew Saul as Defendant in this suit. No further action need be taken to continue
this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

1

2

3

4

5

6

7

8

9

10

11

12

13

    In the interest of administrative and judicial economy, the parties have agreed to stipulate that an award of FIVE THOUSAND EIGHT HUNDRED FIFTY DOLLARS AND ZERO CENTS ($5,850.00) in attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), is reasonable. This award is without prejudice to Plaintiff's right to seek attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA. However, this award shall constitute a complete release from and bar to any claims Plaintiff and/or Harvey P. Sackett, including Sackett and Associates may have relating to EAJA fees and costs. This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Further, such award shall not be used as precedent in any future cases, nor be construed as a concession by the Commissioner that the original administrative decision denying benefits to Plaintiff was not substantially justified.

14

15

16

17

18

19

20

21

22

23

    After the Court issues an order for EAJA fees to Plaintiff, the Government will consider the matter of Plaintiff's assignment of EAJA fees to Harvey P. Sackett ("Counsel"). Pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010), the ability to honor an assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA is entered, the Government will determine whether they are subject to offset. Fees shall be made payable to Plaintiff, but if the Department of Treasury determines Plaintiff does not owe a federal debt, then the Government shall cause the payment of fees, expenses, and costs to be made payable directly to Counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered and made payable to Counsel.

24

25

26

    Accordingly, pending any *Ratliff* offset, Defendant agrees to pay Plaintiff $5,850.00 in attorney's fees. Defendant shall also reimburse Plaintiff $402.00 in costs for the filing fee to commence this action.

27

28

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

1    All parties whose signature lines appear in this document have consented to its filing.

2    This award is without prejudice to the rights of Sackett and Associates and/or Harvey P.

3    Sackett to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the

4    savings clause provisions of the EAJA.

5

6    Dated: November 16, 2023                    SACKETT AND ASSOCIATES

7                                      By:    /s/ *HARVEY P. SACKETT*

8                                             HARVEY P. SACKETT
                                              Attorney for Plaintiff
9                                             MICHAEL S. BERNARD

10

11   Dated: November 16, 2023                    ISMAIL J. RAMSEY
                                                 United States Attorney
12

13                                    By:    /s/*MARY C. TSAI*

14                                            MARY C. TSAI
                                              Special Assistant United States Attorney
15                                            Attorney for Defendant
                                              [*As authorized by email on 11/16/23]
16                                            **ORDER**

17       The Court GRANTS the parties' stipulation.  The parties are admonished that they are

18   required to email their proposed orders in Microsoft Word format to skpo@cand.uscourts.gov.

19
     **IT IS SO ORDERED.**
20

21

22

23   Dated:    November 20, 2023

24                                            HON. SALLIE KIM
                                              United States Magistrate Judge
25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY
FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755